UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN VAN INWEGEN,

Plaintiff,

v.

DOLLAR TREE STORES INC., et al.,

Defendants.

C17-1066 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to compel, docket no. 14 (the "Motion"), is GRANTED in part and DENIED in part. Defendant Dollar Tree Stores, Inc. ("Dollar Tree") has not met its burden of showing that, at any time prior to the filing of this lawsuit, it reasonably anticipated that litigation would commence. *Henderson v. Metro. Prop. and Cas. Ins. Co.*, No. C09–1723RAJ, 2010 WL 5394912, at *1–2 (W.D. Wash. Dec. 22, 2010); *Bronsink v. Allied Prop. & Cas. Ins.*, No. 09-751 MJP, 2010 WL 786016, at *2–3 (W.D. Wash. Mar. 4, 2010); *Heath v. F/V Zolotoi*, 221 F.R.D. 545, 549–50 (W.D. Wash. 2004). Dollar Tree is DIRECTED to produce, on or before February 16, 2018, all portions of the claim file dated before this lawsuit commenced on June 19, 2017, and previously withheld on the basis of the work-product doctrine. Plaintiff's request to compel the production of the attorney-client privileged entries in the claim file is DENIED without prejudice. Dollar Tree is DIRECTED to file with the Court, on or before February 16, 2018, a revised privilege log identifying, at a minimum: 1) the attorney and client involved in each communication; 2) the date and nature of each communication; and 3) all persons or entities known to have been furnished each communication or otherwise learned about its substance. *See* Fed. R. Civ. P. 26(b)(5). After reviewing the revised privilege log and conferring with Dollar Tree, if a dispute remains as to any claim file entry withheld on the basis of attorney-client privilege, Plaintiff may renew its motion to compel consistent with this Minute Order. Plaintiff's request for reasonable expenses

MINUTE ORDER - 1

incurred in bringing the Motion is GRANTED.  The Court accordingly awards Plaintiff attorney's fees of $250.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of February, 2018.

                                       <u>William M. McCool</u>
                                       Clerk

                                       <u>s/Karen Dews</u>
                                       Deputy Clerk