UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN VAN INWEGEN, a single man,

    Plaintiff,

v.

DOLLAR TREE STORES INC., et al.,

    Defendants.

C17-1066 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS oral argument on Plaintiff's motion to continue, docket no. 25, and Defendants' Motion for Summary Judgment of Dismissal of Plaintiff's Complaint, docket no. 22, for Friday, June 8, 2018, at 10:30 a.m.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2018.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1